UNITED STATES of America,
Plaintiff—Appellee,

v.

Adrian RUIZ–ALMEDO, Defendant—
Appellant.

No. 02–50140.
D.C. No. CR–01–02078–IEG.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 4, 2002.

Before GOODWIN, TROTT and GRABER, Circuit Judges.

MEMORANDUM **

Adrian Ruiz–Almedo appeals his conviction, pursuant to a guilty plea, and sentence for being a deported alien found in

the United States in violation of 8 U.S.C. § 1326.

Ruiz–Almedo's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Ruiz–Almedo did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the conviction and sentence.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

